JS6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.22.12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BIBIAN GIL,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GREG LEWIS, Warden,<br><br>　　　　Respondent. | Case No. EDCV 11-1305-JHN (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 19, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY