JS6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.22.12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BIBIAN GIL, | Case No.  EDCV 11-1305-JHN (RNB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| GREG LEWIS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 19, 2012

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY